UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **KINGS DODGE, INC. d/b/a** | ) | |
| **KINGS DODGE/CHRYSLER/JEEP** | ) | Civil Action No. 1:12-cv-445 |
| | ) | Judge Timothy S. Black |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **CHRYSLER GROUP, LLC** | ) | **GRANTING JOINT MOTION** |
| | ) | **TO MODIFY SCHEDULING** |
| Defendant | ) | **ORDER** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause shown, it is ORDERED that the Joint Motion to Modify Case Schedule is GRANTED.  The case schedule is extended as follows:

(1) Primary expert designations, including any expert reports and/or disclosures are due on **Thursday, April 18, 2013**.

(2) Rebuttal expert designations are due on **Monday, May 20, 2013.**

All other deadlines shall remain unchanged.

IT IS SO ORDERED

Dated: 3/20/2013      _s/ Timothy S. Black_____
                      United States District Judge