UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KINGS DODGE, INC.,

    Plaintiff,

vs.

CHRYSLER GROUP, LLC,

    Defendant.

Case No. 1:12-cv-445

Judge Timothy S. Black

## THIRD AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to modify the case schedule.  (Doc. 20).  The parties' motion is hereby **GRANTED**, the previous calendar order (Doc. 19) is **VACATED**, and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Dispositive motion deadline:[1] | **September 26, 2013** |
|     Memorandum in opposition: | **October 24, 2013** |
|     Reply memorandum: | **November 7, 2013** |
| Status Conference by telephone parties shall call 1-888-684-8852:[2] | **October 28, 2013 at 11:30 a.m.** |
| Final pretrial conference in Cincinnati Chambers, Room 815: | **January 13, 2014 at 10:00 a.m.** |
| Jury Trial in Cincinnati: | **January 21, 2014 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date: 9/12/2013

    *s/ Timothy S. Black*
    Timothy S. Black
    United States District Judge

---

[1] See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/judges/fpblack.htm.

[2] Access code: 8411435; Security code: 123456.