# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **KINGS DODGE, INC. d/b/a** | ) | Civil Action No. 1:12-cv-445 |
| **KINGS DODGE/CHRYSLER/JEEP** | ) | Judge Timothy S. Black |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION TO EXTEND** |
| v. | ) | **DISPOSITIVE MOTION** |
| | ) | **DEADLINE AND BRIEFING** |
| **CHRYSLER GROUP, LLC** | ) | **SCHEDULE** |
| | ) | |
| Defendant. | ) | |

Chrysler Group, LLC and Kings Dodge, Inc. d/b/a Kings Dodge/Chrysler/Jeep (together, the "Parties") hereby jointly move the Court to extend the dispositive motion deadline and briefing schedule. In order to better accommodate the schedules of the Parties and counsel, the Parties jointly request an extension of the current Amended Calendar Order.

Accordingly, the parties jointly respectfully request that the Court extend the dispositive motion deadline to October 2, 2013, the memorandum in opposition deadline to October 30, 2013, and the Reply Memorandum deadline to November 13, 2013.

Respectfully submitted,

| | |
|---|---|
| /s Curtis L. Cornett (by Kurt R. Hunt, authorized by email) | /s Kurt R. Hunt_____ |
| Curtis L. Cornett (0062116) | Patrick D. Lane (0012704) |
| CORS & BASSETT, LLC | Kurt R. Hunt (0084362) |
| 537 East Pete Rose Way, Suite 400 | DINSMORE & SHOHL LLP |
| Cincinnati, OH 45202 | 255 East Fifth Street, Suite 1900 |
| Phone: (513) 852-8226 | Cincinnati, Ohio 45202 |
| Fax: (513) 852-8222 | Telephone: (513) 977-8200 |
| Email: clc@corsbassett.com | Fax: (513) 977-8141 |
| *Trial Attorney for Plaintiff* | Email: pat.lane@dinsmore.com |
| | Email: kurt.hunt@dinsmore.com |

2437158vvvvvv1

and

Robert D. Cultice ( *pro hac vice* 8/15/12)
Lucy Heenan Ewins ( *pro hac vice* 8/15/12)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
Email: lucy.ewins@wilmerhale.com

***Attorneys for Defendant Chrysler Group, LLC***

## CERTIFICATE OF SERVICE

I certify that on September 25, 2013, a true and correct copy of the foregoing was filed via the U.S. District Court Southern District of Ohio's CM/ECF electronic filing system.

/s Kurt R. Hunt