# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **KINGS DODGE, INC.** | Case No. 1:12-cv-445 |
| **Plaintiff,** | (Judge Timothy S. Black) |
| v. | |
| **CHRYSLER GROUP, LLC** | NOTICE OF RE-FILING OF DECLARATION OF ROBERT C. REICHERT, ESQ. TO INCLUDE |
| **Defendant.** | **PREVIOUSLY OMITTED EXHIBITS** |

Plaintiff hereby re-files the Declaration of Robert C. Reichert, Esq. ("Declaration") with the Court for use in all proceedings, including trial. The Declaration is unchanged from that which was filed on October 2, 2013. However, the exhibits referenced in the Declaration were previously and unintentionally omitted and are now attached to the Declaration. The Declaration was previously filed under Tab I in the Appendix of Relevant Documents in Support of Plaintiff Kings Dodge, Inc.'s Motion for Summary Judgment, at Document # 36-4, Page ID 1781-84.

Respectfully submitted,

/s/ Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
Phone: 513.852.8226
Fax: 513.852.8222
clc@corsbassett.com

Trial Attorney for Plaintiff Kings Dodge, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify that on October 7, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to Kurt R. Hunt, Esq., DINSMORE & SHOHL LLP, Robert D. Cultice, Esq., and Lucy Heenan Ewins, Esq., WILMER CUTLER PICKERING HALE AND DORR LLP, attorneys for defendant Chrysler Group, LLC, by operation of the Court's electronic filing system.

            /s/ Curtis L. Cornett
            Curtis L. Cornett

589785.1

# TAB I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KINGS DODGE, INC. | : | Case No. 1:12-cv-445 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| | : | |
| | : | DECLARATION OF ROBERT C. |
| CHRYSLER GROUP, LLC | : | REICHERT, ESQ. |
| Defendant. | : | |

I, Robert C. Reichert, Esq., hereby make the following declaration under penalty of perjury:

1. I am of legal age and am competent to testify to the matters herein based on personal knowledge.

2. I am the majority owner, President, and General Counsel of Kings Dodge, Inc. ("Kings Dodge"), the plaintiff in this action. In this capacity, I regularly review the monthly and annual financial statements of Kings Dodge and I am knowledgeable about the rates that Kings Dodge charges its retail customers for parts used in retail repairs.

3. Kings Dodge has not raised the prices it charges for parts used in retail repairs at any time since August 30, 2011. In the late Spring/early Summer of 2013, Chrysler Group, LLC ("Chrysler") performed an analysis of retail repair orders submitted by Kings Dodge and Chrysler determined that Kings Dodge charges its retail customers dealer cost plus 59.13% for parts. If Chrysler would have engaged in the same analysis when Kings Dodge requested such an increase from Chrysler via my August 30, 2011 letter sent to Chrysler, and then provided Chrysler with the 200

consecutive retail repair orders it required, Chrysler would have arrived at the same conclusion since Kings Dodge did not change its parts pricing to retail customers from August 30, 2011.

4. Attached hereto as Exhibit 1 are true and accurate copies of the following financial statements: Kings Dodge's financial statement (pg. 4) ending December 31, 2011; Kings Dodge's financial statement (pg. 4) ending December 31, 2012; and Kings Dodge's financial statement (pg. 5) ending June 30, 2013.

5. From December 1, 2011 through June 30, 2013, the time period captured by the attached financial statements, Chrysler reimbursed Kings Dodge a total of $953,984 for parts used in warranty repairs by Kings Dodge at a rate of dealer cost plus 40%, which is Chrysler's default reimbursement rate for warranty parts. The above number is arrived at by adding together lines 23 and 24 of the financial statement ending December 31, 2011 (monthly "P&A Service Contracts – Mechanical" and monthly "P&A Warranty – Mechanical") and lines 571 and 572 of the financial statements ending December 31, 2012 and June 30, 2013 (year-to-date "P&A Service Contracts – Mechanical" and year-to-date "P&A Warranty – Mechanical").

6. Had Chrysler reimbursed Kings Dodge at the rate of dealer cost plus 59.13% for warranty parts from December 1, 2011 through June 30, 2013, Chrysler would have reimbursed Kings Dodge a total of $1,084,338, over the above period of time. Accordingly, the difference between the amount Chrysler reimbursed Kings Dodge for parts used in warranty work from

2

December 1, 2011 through June 30, 2013 and the amount Kings Dodge submits that Chrysler should have paid Kings Dodge for parts used in warranty work for the same period of time equals $130,354 ($1,084,338 - $953,984).

7. It is not possible to accurately calculate the 13 days in July 2013 that Chrysler did not reimburse Kings Dodge for warranty parts at dealer cost plus 59.13%, so I did not include those days in my damage calculation.

I hereby declare, under penalty of perjury, that the foregoing statements, and the attached exhibit, are true and correct to the best of my knowledge.

Date: 9/30/2013

Robert C. Reichert, Esq.

KINGS DODGE INC — DEPARTMENTAL GROSS PROFIT ANALYSIS — 31 DEC 2011 — 43664

| LINE NO | | MONTH SALES | MONTH GROSS PROFIT | R.O. NO'S | GP% SALES | ACCOUNT NAME | NO | | YEAR-TO-DATE SALES | YEAR-TO-DATE GROSS PROFIT | R.O. NO'S | GP% SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S | 157610 | 105565 | 673 | 67.0 | CUSTOMER LABOR - MECHANICAL | 550 | | 1951301 | 1317300 | 8803 | 67.5 |
| 2 | E | 8734 | 4561 | 883 | 52.2 | QUICK SERVICE LABOR MECHANICAL | 556 | | 96277 | 51097 | 8230 | 53.1 |
| 3 | R | 5869 | 3992 | 122 | 68.0 | SERVICE CONTRACTS LABOR - MECHANICAL | 551 | | 102307 | 67823 | 1750 | 66.3 |
| 4 | V | 23163 | 16087 | 284 | 69.5 | WARRANTY LABOR - MECHANICAL | 552 | | 346040 | 229239 | 4267 | 66.2 |
| 5 | I | 8656 | 6596 | 100 | 76.2 | ROAD READY LABOR | 553 | | 106786 | 79196 | 1314 | 74.2 |
| 6 | C | 32408 | 20309 | 445 | 62.7 | LABOR INTERNAL - MECHANICAL | 554 | | 415265 | 252541 | 7279 | 60.8 |
| 7 | E | | | | | CUSTOMER LABOR - NON AUTO | 555 | | 170 | 50 | 2 | 29.4 |
| 8 | | 3712 | 357 | | 9.6 | SUBLET WORK - MECHANICAL | 556 | | 59122 | 4902 | | 0.3 |
| 9 | | 3932 | 41 | | 1.0 | SUBLET WORK - WARRANTY MECH | 557 | | 41320 | -410 | | -1.0 |
| 10 | | 1410 | 130 | 16 | 9.2 | SERVICE CONTRACTS SOLD ON SVY LANE | 558 | | 125176 | 39350 | 270 | 31.4 |
| 11 | | | | | | UNAPPLIED/VARIANCE LABOR MECH | 5MO | | | | | |
| 12 | | 245494 | 157638 | | 64.2 | TOTAL MECHANICAL DEPARTMENT | 560 | | 3243764 | 2041088 | | 62.9 |
| 13 | | | | | | CUSTOMER LABOR - BODY & PAINT | 561 | | | | | |
| 14 | | | | | | WARRANTY LABOR - BODY & PAINT | 562 | | | | | |
| 15 | | | | | | LABOR INTERNAL - BODY & PAINT | 563 | | | | | |
| 16 | | | | | | SUBLET WORK - BODY & PAINT | 564 | | | | | |
| 17 | | | | | | SUBLET WORK - WARRANTY B&P | 565 | | | | | |
| 18 | | | | | | BODY & PAINT SHOP MATERIALS | 566 | | | | | |
| 19 | | | | | | UNAPPLIED/VARIANCE LABOR B&P | 56T0 | | | | | |
| 20 | | | | | | TOTAL BODY & PAINT DEPARTMENT | | | | | | |
| 21 | P | 142867 | 52822 | | 37.0 | P&A - CUST R.O. MECHANICAL | 570 | | 1002753 | 710934 | | 37.4 |
| 22 | A | 26669 | 2744 | | 10.3 | P&A - QUICK SERVICE - OIL - LUBRICANTS | 5P6 | | 270927 | 31675 | | 11.7 |
| 23 | R | 9273 | 2474 | | 26.7 | P&A - SERVICE CONTRACTS - MECH | 571 | | 220034 | 59678 | | 27.1 |
| 24 | T | 34481 | 9462 | | 27.4 | P&A - WARRANTY - MECHANICAL | 572 | | 506504 | 130958 | | 25.9 |
| 25 | S | 25474 | 6387 | 336 | 25.1 | P&A - COUNTER RETAIL | 573 | | 228146 | 67791 | 3520 | 20.7 |
| 26 | | 100657 | 18474 | 848 | 18.4 | P&A - COUNTER WHOLESALE | 574 | | 1213868 | 204184 | 10464 | 16.8 |
| 27 | | 26067 | 4945 | | 19.0 | P&A - INTERNAL - MECHANICAL | 575 | | 406243 | 65100 | | 16.0 |
| 28 | | | | | | P&A - REPAIR ORDERS - BODY & PAINT | 580 | | | | | |
| 29 | | | | | | P&A - WARRANTY - BODY & PAINT | 582 | | | | | |
| 30 | | | | | | P&A - INTERNAL - BODY & PAINT | 583 | | | | | |
| 31 | | | | | | SERVICE CONT SALES AT PARTS COUNTER | 577 | | | | | |
| 32 | | | 20081 | | | PURCHASE DISCOUNTS - P&A | 5ABE | | | 177524 | | |
| 33 | | | 328 | | | WHOLESALE ALLOWANCE | 5MF | | | 6798 | | |
| 34 | | | | | | P&A - INVENTORY ADJUSTMENTS | 5BT6 | | | | | |
| 35 | | | | | | TIRES AND TUBES | 580 | | | | | |
| 36 | | | | | | NON-AUTO & MISCELLANEOUS | 586 | | | | | |
| 37 | | 365488 | 117717 | | 32.2 | TOTAL P & A DEPARTMENT | | | 4748475 | 1454642 | | 30.6 |
| 38 | | | | | | TOTAL ALL DEPARTMENTS | | | | | | |
| 39 | | 5390984 | 720684 | | | P.&L. 64 + 70 + P.4, L.12+20+37 | | | 52295261 | 7494788 | | |

OTHER INCOME

| LINE | ACCOUNT | ACCT NO | MONTH | YEAR-TO-DATE | ACCOUNT | ACCT NO | MONTH | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|
| 41 | | | | | | | | |
| 42 | CASH DISCOUNTS EARNED | 601 | 236 | 2989 | CASH DISCOUNTS ALLOWED | 701 | | |
| 43 | INTEREST EARNED | 603 | | | BONUSES | 704 | | |
| 44 | GAIN ON DISPOSAL OF CAR ASSETS | 608 | | | LOSS ON DISPOSAL OF CAR ASSETS | 708 | | |
| 45 | MISCELLANEOUS INCOME | 609 | 8991 | 105974 | MISCELLANEOUS DEDUCTIONS | 709 | 9035 | 111522 |
| 46 | LIFO ADJUSTMENT | 610 | | | LIFO ADJUSTMENT | 710 | | |
| 47 | VEHICLE LEASE & RENTAL INCOME | 615 | | | VEHICLE LEASE & RENTAL EXPENSE | 715 | | |
| 48 | TOTAL OTHER INCOME | | 9227 | 108963 | TOTAL OTHER DEDUCTIONS | | 9035 | 111522 |

RECEIVABLE ANALYSIS

| LINE | AGE ANALYSIS | | TOTAL RECEIVABLE | 1 - 30 days | 31 - 60 days | 61 - 90 days | 91 - 120 days | 121 days & OVER | ALLOW FOR DOUBTFUL |
|---|---|---|---|---|---|---|---|---|---|
| 51 | SERVICE & PARTS ACCTS | (P-1, L-8) | 250370 | 239457 | 2001 | | 1202 | 194 | 7516 |
| 52 | VEHICLE ACCOUNTS | (P-1, L-9) | 245860 | 245869 | | | | | |
| 53 | CUSTOMER NOTES | (P-1, L-10) | | | | | | | |
| 54 | OTHER RECEIVABLES | (P-1, L-11) | 933 | 933 | | | | | |
| 55 | WARRANTY SERVICE A/C 118A | (P-1, L-12) | 28413 | 27839 | 673 | | -14 | -85 | |
| 56 | WARRANTY SUSPENSE | (MEMO) | | | | | | | |
| 57 | OFFICERS & EMP ACCTS | (P-1, L-56) | | | | | | | |

USED VEHICLE INVENTORY ANALYSIS

| LINE | | | CARS LESS CPOV | 1 - 20 days | 21 - 30 days | OVER 30 days | TRUCKS LESS CPOV | 1 - 20 days | 21 - 30 days | OVER 30 days |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | UNITS | | 52 | 25 | 5 | 22 | 61 | 29 | 8 | 24 |
| 61 | DOLLARS | | 484595 | 193161 | 52296 | 239138 | 619286 | 222998 | 70221 | 326067 |
| 62 | | | CPOV CARS | 1 - 20 days | 21 - 30 days | OVER 30 days | CPOV TRUCKS | 1 - 20 days | 21 - 30 days | OVER 30 days |
| 63 | UNITS | | 3 | 1 | | 2 | 7 | 1 | | 6 |
| 64 | DOLLARS | | 48429 | 13326 | | 35101 | 148389 | 28949 | | 119440 |

NEW VEHICLE INVENTORY ANALYSIS

| | PASSENGER CAR | | | | TRUCK | | | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | VEHICLE LINES | UNITS | VEHICLE LINES | UNITS | VEHICLE LINES | UNITS | VEHICLE LINES | UNITS | VEHICLE LINES | UNITS |
| 68 | CALIBER | 17 | CHARGER | 14 | GRAND CARAVAN | 11 | | | GLOBAL ELECTRIC MOTORS | |
| 69 | FIAT 500 | | | | TOWN & COUNTRY | 32 | GRAND CHEROKEE | 10 | | |
| 70 | FIAT 500 CABRIO | | 300 SERIES | 24 | | | JOURNEY | 25 | | |
| 71 | | | CHALLENGER | 9 | | | NITRO | 1 | | |
| 72 | SEBRING CONVERTIBLE | | | | | | DURANGO | 12 | | |
| 73 | AVENGER 4DR SEDAN | 17 | | | | | DAKOTA | 1 | | |
| 74 | SEBRING 4DR SEDAN | | VIPER | | WRANGLER | 26 | RAM PICKUP | 25 | | |
| 75 | 200 SERIES 4DR SEDAN | 52 | | | WRANGLER 4 DR | 17 | RAM CHASSIS CAB | | | |
| 76 | | | | | LIBERTY | 6 | RAM CHASSIS CAB | | | |



EXHIBIT 1

K.D. 00609

KINGS DODGE INC — 31 DEC 2012 — 43664
2012 DEPARTMENTAL GROSS PROFIT ANALYSIS

| | MONTH | | | | ACCOUNT | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SALES | GROSS PROFIT | R O NOS | GP % SALES | NAME | | SALES | GROSS PROFIT | | GP % SALES |
| S E R V I C E | 120112 | 81623 | 561 | 68.0 | CUSTOMER LABOR-MECHANICAL | | 1680876 | 1124992 | 7978 | 66.9 |
| | 19652 | 12099 | 764 | 61.6 | QUICK SERVICE LABOR-MECHANICAL | | 123936 | 75245 | 9217 | 60.7 |
| | 5009 | 4056 | 79 | 68.6 | SERVICE CONTRACTS LABOR-MECH | | 85203 | 57930 | 1411 | 68.0 |
| | 20630 | 14265 | 281 | 69.1 | WARRANTY LABOR-MECHANICAL | | 327249 | 225617 | 3030 | 68.9 |
| | 11281 | 8447 | 126 | 74.9 | COUNTER RETAIL | | 115216 | 86163 | 1284 | 74.8 |
| | 28024 | 18145 | 370 | 63.0 | LABOR INTERNAL MECHANICAL | | 455795 | 289264 | 5608 | 63.5 |
| | | | | | LABOR REPAIR ORDERS-BODY&PAINT | | | | | |
| | 2110 | 176 | | 8.3 | LABOR WARRANTY BODY & PAINT | | 43140 | 4041 | | 9.4 |
| | 219 | -17 | | -7.8 | LABOR WORK-WARRANTY-MECH | | 28271 | 35 | | 0.1 |
| | 4205 | 1350 | 12 | 32.1 | SERVICE LABOR SALES AT PARTS COUNTER | | 59173 | 15877 | 148 | 26.8 |
| | | 10783 | | | LABOR DISCOUNTS & ALLOWANCES | | | 42328 | | |
| | 212042 | 129362 | | 60.7 | TOTAL MECHANICAL DEPARTMENT | | 2919859 | 1836836 | | 62.9 |
| | | | | | LABOR INSURANCE — BODY & PAINT | | | | | |
| | | | | | WARRANTY LABOR — BODY & PAINT | | | | | |
| | | | | | LABOR INTERNAL BODY & PAINT | | | | | |
| | | | | | LABOR CUSTOMER BODY & PAINT | | | | | |
| | | | | | BODY & PAINT SHOP SUPPLIES | | | | | |
| | | | | | INCOME — VARIANCE — BS DETAIL | | | | | |
| | | | | | TOTAL BODY & PAINT DEPARTMENT | | | | | |
| P A R T S | 121196 | 43707 | 36 | 36.1 | P & A CUSTOMER MECHANICAL | | 1633601 | 604217 | | 37.0 |
| | 31081 | 5141 | | 16.5 | P & A QUICK SERVICE — MECH PARTS | | 297022 | 29214 | | 9.8 |
| | 13004 | 3695 | | 28.4 | P & A SERVICE CONTRACTS MECH | | 183498 | 44839 | | 27.4 |
| | 27158 | 7371 | | 27.1 | P & A WARRANTY — MECHANICAL | | 453615 | 123329 | | 27.2 |
| | 17850 | 5466 | 262 | 30.6 | P & A COUNTER RETAIL | | 223668 | 63463 | 3364 | 28.5 |
| | 158033 | 25195 | 2074 | 15.9 | P & A CUSTOMER WHOLESALE | | 1762230 | 255113 | 20627 | 14.5 |
| | 41674 | 6845 | | 16.4 | P & A INTERNAL MECHANICAL | | 437044 | 73973 | | 16.9 |
| | | | | | P & A REPAIR ORDERS BODY & PAINT | | | | | |
| | | | | | P & A WARRANTY BODY & PAINT | | | | | |
| | | | | | P & A INTERNAL BODY & PAINT | | | | | |
| | | | | | SERVICE CONT SALES AT PARTS COUNTER | | | | | |
| | -4022 | | | | PURCHASE DISCOUNTS P & A | | | 159991 | | |
| | | 2581 | | | WHOLESALE ALLOWANCE | | | 22994 | | |
| | | | | | P & A INVENTORY ADJUSTMENTS | | | | | |
| | | | | | TIRES AND TUBES | | | | | |
| | | | | | NON-AUTO & MISC LABOR P & A | | | | | |
| | 409996 | 95979 | | 23.4 | TOTAL P & A DEPARTMENT | | 4970678 | 1377133 | | 27.7 |
| | 4944011 | 1591068 | | | TOTAL ALL DEPARTMENTS P 3, L 110 + 78 + P.4, L 12 + 20 + 37 | | 57869748 | 7656070 | | |

OTHER INCOME / OTHER DEDUCTIONS

| ACCOUNT | ACCT NO | MONTH | YEAR TO DATE | ACCOUNT | ACCT NO | MONTH | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| CASH DISCOUNTS EARNED | 801 | 150 | 21514 | CASH DISCOUNTS ALLOWED | 701 | | |
| INTEREST EARNED | 803 | | | BONUSES | 704 | | |
| GAIN ON DISPOSAL OF CAP ASSETS | 806 | | | LOSS ON DISPOSAL OF CAP ASSETS | 706 | | |
| MISCELLANEOUS INCOME | 808 | 43028 | 293262 | MISCELLANEOUS DEDUCTIONS | 708 | 6352 | 90648 |
| LIFO ADJUSTMENT | 810 | | | LIFO ADJUSTMENT | 710 | | |
| VEHICLE LEASE & RENTAL INCOME | 815 | | | VEHICLE LEASE & RENTAL EXPENSE | | | |
| TOTAL OTHER INCOME | | 43178 | 295770 | TOTAL OTHER DEDUCTIONS | | 6852 | 90648 |

RECEIVABLE ANALYSIS

| AGE ANALYSIS | | TOTAL RECEIVABLE | 1-30 days | 31-60 days | 61-90 days | 91-120 days | 121+ days & OVER | |
|---|---|---|---|---|---|---|---|---|
| SERVICE & PARTS ACCTS | | 181406 | 181331 | | 9770 | 1290 | 15 | |
| VEHICLE ACCOUNTS | | 308426 | 277426 | 31000 | | | | |
| CUSTOMER NOTES | | | | | | | | |
| OTHER RECEIVABLES | | 1648 | 1648 | | | | | |
| WARRANTY SERVICE A/C 116A | | 20734 | 19569 | 683 | 93 | | 409 | |
| WARRANTY SUSPENSE | | | | | | | | |
| OFFICERS & EMP. ACCTS | | | | | | | | |

USED VEHICLE INVENTORY ANALYSIS

| | CARS LESS CPOV | 1-20 days | 21-30 days | OVER 30 days | TRUCKS LESS CPOV | 1-20 days | 21-30 days | OVER 30 days |
|---|---|---|---|---|---|---|---|---|
| UNITS | 36 | 15 | 5 | 16 | 47 | 30 | 6 | 11 |
| | 1418084 | 152977 | 75694 | 189413 | 505841 | 441512 | 58895 | 105234 |
| | CPOV CARS | 1-20 days | 21-30 days | OVER 30 days | CPOV TRUCKS | 1-20 days | 21-30 days | OVER 30 days |
| UNITS | 8 | | | 1 | 23 | 4 | 1 | 18 |
| | 153144 | | 16041 | 137103 | 500071 | 91709 | 26639 | 381723 |

NEW VEHICLE INVENTORY ANALYSIS

| PASSENGER CAR | | TRUCK | | | | OTHER | |
|---|---|---|---|---|---|---|---|
| VEHICLE LINES | UNITS | VEHICLE LINES | UNITS | VEHICLE LINES | UNITS | VEHICLE LINES | UNITS |
| | | CHARGER | 12 | GRAND CARAVAN | 15 | | |
| | | | | TOWN & COUNTRY | 67 | | 33 |
| | | | 16 | | | | 21 |
| | | | 16 | | | | |
| | | | | | | | 18 |
| | 14 | | | | | | |
| | | | | WRANGLER | 23 | | 46 |
| | 53 | | | WRANGLER 4DR | | | |
| | | | | JEEP | 3 | | |
| | 24 | | | | 4 | | |
| | | | | | 21 | | |

FJ 00608

**KINGS DODGE INC** — 30 JUN 2013 — 43664

## 2013 STATEMENT OF INCOME AND EXPENSE

| Line | MTD SALES | MTD GROSS | # RO'S WRITTEN | GP % SALES | ACCOUNT NAME | NO. | YTD SALES | YTD GROSS | # RO'S WRITTEN | GP % SALES |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 160651 | 109942 | 800 | 68.4 | CUSTOMER LABOR MECHANICAL | 550 | 831342 | 560978 | 4134 | 67.5 |
| 2 | 13866 | 9776 | 745 | 70.5 | QUICK SERVICE LABOR MECHANICAL | 551 | 114426 | 75023 | 4720 | 65.6 |
| 3 | 6062 | 4295 | 90 | 70.9 | SERVICE CONTRACTS LABOR MECH | 552 | 42820 | 29406 | 574 | 68.7 |
| 4 | 27472 | 19427 | 318 | 70.7 | WARRANTY LABOR - MECHANICAL | 553 | 169958 | 118632 | 2131 | 69.8 |
| 5 | 7705 | 5822 | 84 | 75.6 | ROAD READY - LABOR | 554 | 51775 | 38896 | 573 | 75.1 |
| 6 | 44597 | 30271 | 584 | 67.9 | LABOR - INTERNAL - MECHANICAL | 555 | 244567 | 158133 | 2891 | 64.7 |
| 7 | | | | | MOPAR EXPRESS LANE TOTAL LABOR | | | | | |
| 8 | | | | | CUSTOMER LABOR - NON-AUTO MECHANICAL | | | | | |
| 9 | 5158 | 664 | | 12.9 | SUBLET WORK - MECHANICAL | 556 | 22560 | 2966 | | 13.1 |
| 10 | 2226 | 114 | | 5.1 | SUBLET WORK - WARRANTY - MECH | 557 | 16469 | -96 | | -0.6 |
| 11 | 6723 | 2143 | 6 | 31.9 | SERVICE CONTRACTS SOLD IN SERV LANE | 568 | 34872 | 8031 | 67 | 23.0 |
| 12 | | 10711 | | | UNAPPLIED VARIANCE LABOR MECHANICAL | 5580 | | 76616 | | |
| 13 | 274460 | 171743 | | 62.6 | TOTAL MECHANICAL DEPT | | 1528789 | 915353 | | 59.9 |
| 14 | | | | | CUSTOMER LABOR - BODY & PAINT | 560 | | | | |
| 15 | | | | | WARRANTY LABOR - BODY & PAINT | 562 | | | | |
| 16 | | | | | LABOR INTERNAL - BODY & PAINT | 563 | | | | |
| 17 | | | | | SUBLET WORK - BODY & PAINT | 564 | | | | |
| 18 | | | | | SUBLET WORK WARRANTY - BODY & PAINT | 565 | | | | |
| 19 | | | | | BODY & PAINT SHOP MATERIALS | 566 | | | | |
| 20 | | | | | UNAPPLIED VARIANCE LABOR BODY & PAINT | 5670 | | | | |
| 21 | | | | | TOTAL BODY & PAINT DEPT | | | | | |
| 22 | 155179 | 59113 | | 38.1 | CUSTOMER REPAIR ORDER MECHANICAL P & A | 570 | 811821 | 295686 | | 36.4 |
| 23 | 25856 | 4928 | | 19.1 | P & A QUICK SERVICE OIL - LUBRICANTS | 536 | 176783 | 27339 | | 15.5 |
| 24 | 9981 | 2632 | | 26.4 | | | 73337 | 20717 | | 28.2 |
| 25 | 37817 | 10652 | | 28.2 | WARRANTY MECHANICAL P & A | 572 | 219780 | 62056 | | 28.2 |
| 26 | 19312 | 4642 | 283 | 24.0 | COUNTER RETAIL P & A | 573 | 109129 | 31816 | 1527 | 29.2 |
| 27 | 189140 | 13303 | 2453 | 7.0 | COUNTER WHOLESALE - P & A | 574 | 1132672 | 81629 | 14798 | 7.2 |
| 28 | 48499 | 7293 | | 15.0 | INTERNAL MECHANICAL P & A | 575 | 235370 | 37831 | | 16.1 |
| 29 | | | | | MOPAR EXPRESS LANE TOTAL PARTS | | | | | |
| 30 | | | | | REPAIR ORDERS BODY & PAINT P & A | 580 | | | | |
| 31 | | | | | WARRANTY - BODY & PAINT P & A | 582 | | | | |
| 32 | | | | | INTERNAL - BODY & PAINT P & A | 583 | | | | |
| 33 | | | | | SERVICE CONT SALES AT PARTS COUNTER | 577 | | 169786 | | |
| 34 | | 31805 | | | PURCHASE DISCOUNTS - P & A | 585E | | 18827 | | |
| 35 | | 5329 | | | WHOLESALE ALLOWANCE | 5BAF | | | | |
| 36 | | | | | INVENTORY ADJUSTMENT P & A | 5BTG | | | | |
| 37 | 21610 | 3916 | | 18.1 | TIRES AND TUBES P & A | 586 | 35850 | 6510 | | 18.2 |
| 38 | | | | | NON-AUTO & MISCELLANEOUS P & A | 585 | | | | |
| 39 | 507394 | 143613 | | 28.3 | TOTAL P & A DEPT | | 2794742 | 752197 | | 26.9 |
| 40 | | | | | TOTAL ALL DEPARTMENTS | | 31010831 | 3974883 | | |
| 41 | 6262944 | 777310 | | | | | | | | |

### MOPAR EXPRESS LANE LABOR AND PARTS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | | | | | MOPAR EXPRESS LANE CP LABOR | 596 | | | | |
| 43 | | | | | MOPAR EXPRESS LANE SERV CONTRACT LABOR | 597 | | | | |
| 44 | | | | | MOPAR EXPRESS LANE WARRANTY LABOR | 598 | | | | |
| 45 | | | | | MOPAR EXPRESS LANE INTERNAL LABOR | 599 | | | | |
| 46 | | | | | MOPAR EXPRESS LANE TOTAL LABOR | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | MOPAR EXPRESS LANE C P PARTS | 591 | | | | |
| 49 | | | | | MOPAR EXPRESS LANE SERV CONTRACT PARTS | 592 | | | | |
| 50 | | | | | MOPAR EXPRESS LANE WARRANTY PARTS | 593 | | | | |
| 51 | | | | | MOPAR EXPRESS LANE INTERNAL PARTS | 594 | | | | |
| 52 | | | | | MOPAR EXPRESS LANE TOTAL PARTS | | | | | |

### PERSONNEL SUMMARY

| | GENERAL MANAGER | MANAGER | F & I MGR. NEW/USED | SALES PERSON | TECHNICIAN COMM/FLAT | TECHNICIAN COMPETITIVE | CLERICAL | OTHER | TOTAL | SERVICE STALLS COMM/FLAT | STALLS COMPETITIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | | | | | | | | 1 | 2 | 15 | |
| 56 NEW | | | 2 | 2 | 8 | | | | 12 | | |
| 57 USED | | | 2 | 1 | 8 | | | | | | |
| 58 SERVICE | | | 1 | | 5 | 17 | 6 | 1 | 4 | 34 | |
| 59 PARTS | | | 1 | | 8 | | | | 9 | | |
| 60 BODY | | | | | | | | | | | |
| 61 ADM/OFFICE | | | 1 | 1 | | | | 5 | | 7 | |
| 62 TOTAL | 1 | | 7 | 3 | 29 | 17 | 6 | 7 | 7 | 77 | |

### LABOR RATES AND EFFICIENCY

| | POSTED LABOR RATES | | | | | EFFECTIVE LABOR RATES | | |
|---|---|---|---|---|---|---|---|---|
| 63 | RETAIL CUST PAY | $ | 95 | | RETAIL CUST PAY | $ | 84 | |
| 64 | WARR /ROAD READY | $ | 86 | | WARR /ROAD READY | $ | 85 | |
| 65 | QUICK SERVICE | $ | 95 | | QUICK SERVICE | $ | 47 | |
| 66 | INTERNAL | $ | 71 | | INTERNAL | $ | 59 | |
| 67 | B & P CUST PAY | $ | | | B & P CUST PAY | $ | | |
| 68 | B & P WARRANTY | $ | | | B & P WARRANTY | $ | | |

| SERVICE LABOR HOURS BILLED | MTD | YTD | | MTD | YTD | SERVICE LABOR EFFICIENCY |
|---|---|---|---|---|---|---|
| CUSTOMER MECH | 1962 | 10829 | TOTAL SERVICE LABOR HOURS BILLED | 3509 | 20785 | |
| QUICK SERVICE | 65 | 952 | | | | MTD / YTD |
| SERVICE CONTRACT | 73 | 675 | TOTAL SERVICE TECH HOURS AVAILABLE | 3436 | 16774 | 102.1 / 123.9 |
| WARRANTY & ROAD READY | 323 | 2127 | | | | |
| INTERNAL | 1086 | 6202 | | | | |
| CUSTOMER - NON-AUTO | | | | | | |

10 JUL 13 18:39