# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KINGS DODGE, INC. | Case No. 1:12-cv-445 |
| Plaintiff, | (Judge Timothy S. Black) |
| v. | |
| CHRYSLER GROUP, LLC | NOTICE OF RE-FILING OF ERRATA SHEET OF RALPH VARGO |
| Defendant. | |

Plaintiff hereby re-files the errata sheet for Ralph Vargo with the Court for use in all proceedings, including trial. The errata sheet was previously filed on October 2, 2013 under Tab B in the Appendix of Relevant Documents in Support of Plaintiff Kings Dodge, Inc.'s Motion for Summary Judgment with the Deposition Transcript of Ralph Vargo (exhibits sealed), at Document # 36-4, Page ID 1557. The Deposition Transcript for Mr. Vargo remains unchanged; however, the correct errata sheet for Mr. Vargo is now attached hereto.

Respectfully submitted,

/s/ Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
Phone: 513.852.8226
Fax: 513.852.8222
clc@corsbassett.com

Trial Attorney for Plaintiff Kings Dodge, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to Kurt R. Hunt, Esq., DINSMORE & SHOHL LLP, Robert D. Cultice, Esq., and Lucy Heenan Ewins, Esq., WILMER CUTLER PICKERING HALE AND  DORR LLP, attorneys for defendant Chrysler Group, LLC, by operation of the Court's electronic filing system.

/s/ Curtis L. Cornett
Curtis L. Cornett

589794.1

# Kings Dodge v. Chrysler Group, LLC

Deposition of: **Ralph Vargo**
Taken: **July 11, 2013**
Taken by: **Cindy Chyla**

Dear Ralph Vargo,

Enclosed you will find a copy of your deposition taken July 11, 2013. Please read the transcript making any corrections below. Please sign and date this page and send a copy to Hanson Renaissance at the fax number below, as well as, all parties in this matter. Your expediency in this matter is greatly appreciated. Use multiple pages if necessary.

## VERIFICATION OF DEPONENT

I, Ralph Vargo, having read the foregoing deposition consisting of my testimony at the aforementioned time and place, do here attest to the correctness and truthfulness of the transcript.

### ERRATA SHEET

| Page | Line | Statement Should Read |
|------|------|----------------------|
| 6 | 25 | Still in the discovery Phase? In other words, has there |
|   |    | Reason for Change: Error in transcription |
| 64 | 10 | Amount, you know, amount less. So plan ~~2 is a formula rate.~~ |
|    |    | Reason for change: Error in Transcription |

(Signed) _Ralph Vargo_ (Dated) 8/23/2013

### CERTIFICATE OF NOTARY PUBLIC

(Name) _Susan Breen_

(County) _Oakland_ (State) _MI_ (Expires) _03-06-2018_

Page _1_ of _1_

Please return this to Hanson Reporting via fax at (313) 567-4362.

**SUSAN BREEN**
Notary Public, Oakland County, Michigan
Acting in Oakland County
My Commission Expires March 6, 2018