UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **KINGS DODGE, INC. d/b/a** <br> **KINGS DODGE/CHRYSLER/JEEP,** | Case No. 1:12-cv-445 |
| Plaintiff, | **Judge Timothy S. Black** |
| -vs- | |
| **CHRYSLER GROUP, LLC,** | |
| Defendant. | |

**JUDGMENT IN A CIVIL CASE**

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion in Limine (Doc. 38) is **DENIED**; that the Plaintiff's Motion for Summary Judgment (Doc. 36) is **DENIED**; that the Defendant's Motion for Summary judgment is **GRANTED**; and the case is **CLOSED** on the Court's docket.

Date: November 27, 2013                                                     **JOHN P. HEHMAN, CLERK**

                                                                             By: *s/ M. Rogers*
                                                                             Deputy Clerk