UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KINGS DODGE, INC. d/b/a**           Case No. 1:12-cv-445
**KINGS DODGE/CHRYSLER/JEEP,**

   Plaintiff,                        **Judge Timothy S. Black**

-vs-

**CHRYSLER GROUP, LLC,**

   Defendant.

### JUDGMENT IN A CIVIL CASE

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion in Limine (Doc. 38) is **DENIED**; that the Plaintiff's Motion for Summary Judgment (Doc. 36) is **DENIED**; that the Defendant's Motion for Summary judgment is **GRANTED**; and the case is **CLOSED** on the Court's docket.

Date: November 27, 2013                         **JOHN P. HEHMAN, CLERK**

                                                         By: *s/ M. Rogers*
                                                         Deputy Clerk