## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **KINGS DODGE, INC.** | : | Case No. 1:12-cv-445 |
| | : | |
| Plaintiff, | : | (Judge Timothy S. Black) |
| | : | |
| | : | |
| | : | **NOTICE OF REFILING OF EXHIBIT A** |
| **CHRYSLER GROUP, LLC** | : | **(DECLARATION OF JAMES C. KEZELE,** |
| | : | **ESQ.) TO MOTION FOR** |
| Defendant. | : | **RECONSIDERATION AND ALL EXHIBITS** |
| | | **ATTACHED TO KEZELE DECLARATION** |

In its Motion for Reconsideration filed earlier today, plaintiff Kings Dodge, Inc. erroneously included legislative history to Senate Bill 103 as part of Exhibit 4 to the Declaration of James C. Kezele, Esq. (attached as Exhibit A to the Motion for Reconsideration) and that legislative history should have been included as part of Exhibit 3 to Kezele's Declaration. This filing corrects that error and all of Exhibit A is being refilled herewith.

Respectfully submitted,

/s/  Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
Phone: 513.852.8226
Fax: 513.852.8222
clc@corsbassett.com

Trial Attorney for Plaintiff Kings Dodge, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 24, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to Kurt R. Hunt, Esq., DINSMORE & SHOHL LLP, Robert D. Cultice, Esq., and Lucy Heenan Ewins, Esq., WILMER CUTLER PICKERING HALE AND  DORR LLP, attorneys for defendant Chrysler Group, LLC, by operation of the Court's electronic filing system.

/s/ Curtis L. Cornett
Curtis L. Cornett

605693.1