UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **KINGS DODGE, INC.** | : | Case No. 1:12-cv-445 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| | : | **NOTICE OF FILING AMENDED** |
| **CHRYSLER GROUP, LLC** | : | **CERTIFICATE OF SERVICE** |
| Defendant. | : | |

I hereby certify and give notice that, as indicated by the Court's CM/ECF system, the following counsel were served with copies of plaintiff Kings Dodge, Inc.'s Motion for Reconsideration (Doc. No. 56) and plaintiff's Notice of Refiling of Exhibit A to Motion for Reconsideration (Doc. No 57) via this Court's CMF system, on December 24, 2013:

>Kurt R. Hunt, Esq.
>DINSMORE & SHOHL LLP
>255 E. 5th St., Suite 1900
>Cincinnati, OH 45202
>kurt.hunt@dinslaw.com
>Attorney for defendant Chrysler Group, LLC
>
>Robert D. Cultice, Esq,
>Lucy Heenan Ewins, Esq.
>WILMER CUTLER PICKERING HALE AND DORR LLP
>60 State St.
>Boston, MA 02109
>robert.cultice@wilmerhale.com
>lucy.ewins@wilmerhale.com
>Attorneys for defendant Chrysler Group, LLC
>
>Jeffrey J. Jones, Esq.
>JONES DAY
>P.O. Box 165017
>Columbus, OH 43216-5017
>jjjones@jonesday.com
>Amicus

      David A. Brown, Esq.
      STOCKAMP & BROWN, LLC
      5100 Parkcenter Avenue, Suite 100
      Dublin, OH 43017
      dbrown@stockampbrown.com
      Amicus

Although plaintiff's original certificates of service did not specifically name amici counsel, David A. Brown, Esq. and Jeffrey J. Jones, Esq., they, together with defense counsel were, in fact, served via the Court's CM/ECF system on December 24, 2013.

      Respectfully submitted,

      /s/  Curtis L. Cornett
      Curtis L. Cornett (0062116)
      Cors & Bassett, LLC
      537 E. Pete Rose Way, Suite 400
      Cincinnati, Ohio 45202
      Phone: 513.852.8226
      Fax: 513.852.8222
      clc@corsbassett.com

      Trial Attorney for Plaintiff Kings Dodge, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 26, 2013, a copy of the foregoing was filed electronically on all counsel of record.  Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

     Kurt R. Hunt, Esq.
     DINSMORE & SHOHL LLP
     255 E. 5th St., Suite 1900
     Cincinnati, OH 45202
     kurt.hunt@dinslaw.com
     Attorney for defendant Chrysler Group, LLC

     Robert D. Cultice, Esq,
     Lucy Heenan Ewins, Esq.
     WILMER CUTLER PICKERING HALE AND  DORR LLP
     60 State St.
     Boston, MA 02109
     robert.cultice@wilmerhale.com
     lucy.ewins@wilmerhale.com
     Attorneys for defendant Chrysler Group, LLC

     Jeffrey J. Jones, Esq.
     JONES DAY
     P.O. Box 165017
     Columbus, OH 43216-5017
     jjjones@jonesday.com
     Amicus

     David A. Brown, Esq.
     STOCKAMP & BROWN, LLC
     5100 Parkcenter Avenue, Suite 100
     Dublin, OH 43017
     dbrown@stockampbrown.com
     Amicus

                        /s/ Curtis L. Cornett
                        Curtis L. Cornett

605730.2